UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA (INDIANAPOLIS)

| | |
|---|---|
| SHAWN ESTEP and JENNIFER ESTEP,<br>　　　Plaintiffs,<br><br>　　　　　　vs.<br><br>SHELLPOINT MORTGAGE SERVICING;<br>ONEWEST BANK, FSB; MILL CITY<br>MORTGAGE LOAN TRUST 2019-1;<br>WILMINGTON SAVINGS FUND SOC., FSB,<br>as Trustee; EQUIFAX INFORMAITON<br>SERVICES, LLC; and TRANS UNION, LLC;<br>　　　Defendants. | CASE NO. 1:20-cv-01612-JRS-DML<br><br>Judge James R. Sweeney II<br>Magistrate Judge Debra McVicker Lynch |

## APPEARANCE

To the Clerk of this Court and all parties of record:

　　　Enter my appearance as counsel in this case for Defendant Trans Union, LLC.

　　　I certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 *s/ J. Robert Weyreter*
　　　　　　　　　　　　　　　　　　　J. Robert Weyreter, Esq.
　　　　　　　　　　　　　　　　　　　Schuckit & Associates, P.C.
　　　　　　　　　　　　　　　　　　　4545 Northwestern Drive
　　　　　　　　　　　　　　　　　　　Zionsville, IN  46077
　　　　　　　　　　　　　　　　　　　Telephone:  317-363-2400
　　　　　　　　　　　　　　　　　　　Fax:  317-363-2257
　　　　　　　　　　　　　　　　　　　E-Mail:  jweyreter@schuckitlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of June, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Quentin James Collins, Esq. | Travis W. Cohron, Esq. |
|---|---|
| qcollins@clarkquinnlaw.com | tcohron@clarkquinnlaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of June, 2020**, properly addressed as follows:

| None | |
|---|---|

 s/ J. Robert Weyreter
J. Robert Weyreter, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jweyreter@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*