**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| SHAWN and JENNIFER ESTEP, | ) |
|     *Plaintiffs*, | ) |
| | ) |
|     v. | ) **Case No.** 1:20-cv-1612-JRS-DML |
| | ) |
| SHELLPOINT MORTGAGE SERVICING, | ) |
| ONEWEST BANK, FSB., MILL CITY | ) |
| MORTGAGE LOAN TRUST 2019-1, | ) |
| WILMINGTON SAVINGS FUND SOC., FSB, | ) |
| as Trustee, EQUIFAX INFORMATION | ) |
| SERVICES, LLC. and TRANS UNION, LLC. | ) |
|     *Defendants*. | ) |

## NOTICE OF DISMISSAL

Plaintiffs, Shawn and Jennifer Estep, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Defendant, One West Bank, FSB, only, without prejudice.

Date: July 31, 2020

                                                  Respectfully submitted,

                                                */s/ Travis W. Cohron*
                                                Travis W. Cohron, No. 29562-30
                                                Quentin J. Collins, No. 35870-29
                                                **CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
                                                320 N. Meridian Street, Suite 1100
                                                Indianapolis, IN 46204
                                                Telephone: (317) 637-1321
                                                Fax: (317) 687-2344
                                                tcohron@clarkquinnlaw.com
                                                qcollins@clarkquinnlaw.com
                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 31, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J. Robert Weyreter
**SCHUCKIT & ASSOCIATES, P.C.**
jweyreter@schuckitlaw.com
*Attorney for Trans Union, LLC*

Jacob V. Bradley
**Quarles & Brady LLP**
jacob.bradley@quarles.com
*Attorney for Defendant CIT Bank, N.A., f/k/a OneWest Bank, N.A., f/k/a OneWest Bank, FSB*

            */s/ Travis W. Cohron*
            Travis W. Cohron, No. 29562-30
            Quentin J. Collins, No. 35870-29


**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204