UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAWN ESTEP, | ) | |
| JENNIFER ESTEP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01612-JRS-DML |
| | ) | |
| SHELLPOINT MORTGAGE SERVICING, | ) | |
| MILL CITY MORTGAGE LOAN TRUST | ) | |
| 2019-1 WILMINGTON SAVINGS FUND, | ) | |
| SOC., FSB, | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC., | ) | |
| TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## Entry and Order from Initial Pretrial Conference

The defendants, by counsel, appeared for an initial pretrial conference on

August 18, 2020, with the magistrate judge.  Counsel for plaintiff failed to appear as

ordered.  Within 7 days of this entry, counsel for the plaintiff is to show cause, in a

filed writing, why they should not be sanctioned for failure to appear.

The case management plan submitted in this case is approved as modified by

the magistrate judge in the margins of the case management plan.

So ORDERED.

Date: 8/18/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system