**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**
Indianapolis Division

| | |
|---|---|
| SHAWN and JENNIFER ESTEP,<br>    *Plaintiffs*, | )<br>)<br>) |
| v. | ) **Case No.** 1:20-cv-1612-JRS-DML |
| | ) |
| SHELLPOINT MORTGAGE SERVICING,<br>ONEWEST BANK, FSB., MILL CITY<br>MORTGAGE LOAN TRUST 2019-1,<br>WILMINGTON SAVINGS FUND SOC., FSB,<br>as Trustee, EQUIFAX INFORMATION<br>SERVICES, LLC. and TRANS UNION, LLC.<br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiffs Shawn and Jennifer Estep, by and through undersigned counsel, hereby responds to the Court's Entry and Order from Initial Pretrial Conference [Doc. 30], dated August 18, 2020, as follows:

1. Undersigned counsel offers his most sincere apologies to the Court and other parties for his absence.

2. Like so many parents nationwide, undersigned counsel is trying to navigate the challenges and extra level of attention required by e-learning. Immediately prior to the conference, that challenge was a technology induced meltdown over the inability to join Ms. Gibson's 3rd grade Zoom call. By the time the technical difficulties were resolved, having lost track of time, undersigned counsel was approximately ten minutes late in attempting to join the status conference and it had already been concluded.

3. In the future, additional effort will be made to ensure this does not occur again by jointly calendaring events with co-counsel.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
Quentin J. Collins, No. 35870-29
**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
qcollins@clarkquinnlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J. Robert Weyreter
**SCHUCKIT & ASSOCIATES, P.C.**
jweyreter@schuckitlaw.com
*Attorney for Trans Union, LLC*

Nathan H. Blaske
**DINSMORE & SHOHL, LLP**
nathan.blaske@dinsmore.com
*Attorney for Defendants NewRez LLC d/b/a
Shellpoint Mortgage Servicing and
Mill City Mortgage Loan Trust 2019-1,
Wilmington Savings Fund Society, FSB, as Trustee*

N. Charles Campbell
**EQUIFAX LEGAL DEPARTMENT**
charles.campbell@equifax.com
*Counsel for Equifax Information Services, LLC*

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
Quentin J. Collins, No. 35870-29

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204